**In the Interest of T.B.S., a child.**

**No. 56021.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 5, 1989.

David A. Shaller, Clayton, for appellant.

Ellyn L. Sternfield, Clayton, for respondent.

ORDER

PER CURIAM.

The trial court terminated the parental rights of M.S. The judgment is supported by substantial, clear, cogent and convincing

 

evidence. *M.L.S. v. C.S.*, 710 S.W.2d 452, 453 [1, 2] (Mo.App.1986). The judgment is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).